Royal Ager, Appellee, v. Travelers Casualty Insurance Company, Appellant.

Gen. No. 9,597.

opinion filed February 7, 1941. Gower, Gray & Gower, for appellant; LaMarre & Diamond, for appellee. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."